UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| CHRISTY DAWN GONSALEZ-CAMPOS, a/k/a Christy Gonsalez-Campos, | 4:17-CV-04127-KES |
| Movant, | ORDER FOR SERVICE |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Movant, Christy Dawn Gonsazles-Campos, has filed a motion pursuant to 28 U.S.C. § 2255. From a reading of the motion, the court cannot determine that "it plainly appears from the face of the petition . . . that the petitioner is not entitled to relief in the district court" warranting summary dismissal pursuant to Rule 4 of the Rules Governing Section 2255 Cases in the United States District Court. Therefore, it is

ORDERED that:

1.      The Clerk of Court will deliver or serve a copy of the motion on the United States Attorney for the District of South Dakota.

2.      The United States Attorney for the District of South Dakota will serve and file an answer or responsive pleading to the motion, together with a legal brief or memorandum, on or before October 18, 2017.

DATED this 18th day of September, 2017.

BY THE COURT:

_Veronica L. Duffy_
VERONICA L. DUFFY
United States Magistrate Judge